**William COOPER, Appellant,**

v.

**Sherry BLATTEL, et al., Respondents.**

**No. WD 44136.**

Missouri Court of Appeals,
Western District.

July 16, 1991.

William Cooper, Moberly, pro se.

William L. Webster, Atty. Gen., Thomas G. Lemley, Asst. Atty. Gen., Jefferson City, for respondents.

Before BERREY, P.J.,
BRECKENRIDGE, J., and SHRUM,
Special Judge.

ORDER

PER CURIAM.

Appeal from dismissal of replevin action.

Judgment affirmed. Rule 84.16(b).